# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF North Carolina

UNITED STATES OF AMERICA

V.

LACENTIA MERCHANT

## JUDGMENT OF ACQUITTAL

CASE NUMBER: 5:26-MJ-02104-RN

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

Signature of Judge

Robert T. Numbers, II — US Magistrate Judge

Name of Judge — Title of Judge

8/24/2026

Date